# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

James Sharkey,

     Petitioner,

v.

Brian Williams, et al.,

     Respondents.

Case No.: 2:20-cv-00253-KJD-DJA

**Order**

     This is a federal habeas proceeding under 28 U.S.C. § 2254 brought by James Sharkey challenging his state court conviction for battery constituting domestic violence. On August 12, 2021, this court entered an order directing Sharkey to demonstrate that he is still actively seeking habeas relief. ECF No. 39. Sharkey has filed a response in compliance with that order. ECF No. 40.

     IT IS THEREFORE ORDERED that the respondents shall answer the remaining claims (Grounds 2, 3, 4(A) and 5) in Sharkey's petition for writ of habeas corpus (ECF No. 6) within **60 days** of the date this order is entered. Sharkey shall have **60 days** from the date on which the answer is served on him to file and serve a reply.

     IT IS FURTHER ORDERED that any additional state court record exhibits filed herein by either the petitioner or the respondents shall be filed with a separate index of exhibits

identifying the exhibits by number. The CM/ECF attachments that are filed shall be identified by the number or numbers of the exhibits in the attachment. The hard copy of any additional state court record exhibits for this case shall be forwarded to the staff attorneys in **Reno**.

Dated: August 25, 2021.

_____
U.S. District Judge Kent J. Dawson